IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHERMAN COUNTY BANK and SHERMAN COUNTY MANAGEMENT, INC., | ) ) ) ) | 4:06CV3143 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **JUDGMENT** |
| R.J. O'BRIEN & ASSOCIATES, INC., | ) ) ) | |
| Defendant. | ) | |

Pursuant to the plaintiffs' notice of dismissal (filing 6), which was filed prior to service of an answer or motion for summary judgment by the defendant, and pursuant to Fed. R. Civ. P. 41(a)(1)(i),

IT IS ORDERED that this case is dismissed without prejudice at Plaintiffs' cost.

July 5, 2006.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge